FILED
OCT 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION )
1750 H Street, N.W. )
Washington, D.C. 20006 )
)
Plaintiff, )
)
v. )
)
DEPARTMENT OF HOMELAND SECURITY )
U.S. CUSTOMS AND BORDER PROTECTION )
FREEDOM OF INFORMATION OFFICE )
1300 Pennsylvania Avenue, N.W. )
Washington, D.C. 20229 )
)
Defendant. )
_____)

CASE NUMBER 1:06CV01812

JUDGE: James Robertson

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/19/2006

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, <u>as amended</u>, to secure the release of records responsive to the January 27, 2006 FOIA request that the National Treasury Employees Union submitted to U.S. Customs and Border Protection.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this cause of action under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B) because this is an action to enforce the FOIA.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

### PARTIES

3. Plaintiff National Treasury Employees Union ("NTEU") is

an unincorporated association that has its principal place of business at 1750 H Street, N.W., Washington, D.C. 20006. Pursuant to Title VII of the Civil Service Reform Act of 1978, Public Law 95-454, 92 Stat. 1111, NTEU is the exclusive bargaining representative of approximately 155,000 federal employees. NTEU represents the interests of these individuals by, inter alia, negotiating collective bargaining agreements, arbitrating grievances under such agreements, filing unfair practice charges, petitioning Congress for favorable working conditions, pay, and benefits, and litigating employees' collective and individual rights in the federal courts.

4. Defendant U.S. Customs and Border Protection ("CBP") is a subcomponent of the Department of Homeland Security, which is an agency of the federal government and subject to the requirements of the FOIA. CBP has possession of and control over the records that NTEU seeks.

### STATEMENT

5. By letter dated January 27, 2006, NTEU requested the CBP Freedom of Information Act Officer to provide the following information:

> FY 2005 award nomination forms for each bargaining unit employee, as well as the amount of any award each bargaining unit employee received in FY 2005, including but not limited to performance-based cash awards, special act and on-the-spot awards, honorary and nontraditional awards, quality step increases and time-off awards;

The total annual salaries and the total amount of award money, categorized by type of award, received in FY 2004 and FY 2005 by (a) CBP nonsupervisory employees who were in a bargaining unit or qualified for bargaining unit status, and (b) CBP supervisory and managerial employees;

Data showing the distribution of all FY 2005 performance-based incentive awards and QSIs by race, sex, gender, age, national origin, and disability for CBP employees, broken out by bargaining unit versus nonunit categories; and

Any analyses of the FY 2005 awards program or any segment of it.

6. By letter dated February 15, 2006, the Director of Program Management Staff of Human Resources Management acknowledged receipt of NTEU's information request. CBP did not, however, release the documents.

7. By letter dated June 2, 2006, NTEU filed an appeal with CBP. It informed CBP that it viewed CBP's refusal to provide the documents within the time limits established under FOIA as a constructive denial of NTEU's FOIA request.

8. By letter dated July 5, 2006, CBP acknowledged receipt of NTEU's appeal.

9. More than twenty working days have passed since CBP received NTEU's June 2, 2006 appeal. NTEU has not received a determination from CBP concerning its appeal; nor has CBP produced any materials in response to NTEU's appeal.

10. NTEU has a statutory right to disclosure of the records requested in its January 27, 2006 request, and there is no legal basis for the failure of CBP to respond to NTEU's request in a

timely manner.

## CAUSE OF ACTION

11.   Plaintiff reasserts and incorporates herein the allegations set forth in paragraphs 1 through 10.

12.   Under Section 552(a)(3) of the FOIA, 5 U.S.C. § 552(a)(3), CBP must produce, upon request, documents not specifically exempted by FOIA or for which disclosure is not otherwise prohibited by law.

## REQUEST FOR RELIEF

WHEREFORE, plaintiff respectfully requests that this Court:

(1)   Declare that CBP's failure to release the records requested by NTEU is unlawful;

(2)   Order CBP to make the requested records available to NTEU;

(3)   Award NTEU its costs, reasonable attorneys' fees, and other disbursements in this action; and

(4)   Grant such other and further relief as may be just and proper.

Respectfully submitted,

Gregory O'Duden
General Counsel
D.C. Bar No. 254862

_____
Elaine Kaplan   by JMW
Senior Deputy General Counsel
D.C. Bar No. 292441


_____
L. Pat Wynns
Associate General Counsel for
  Appellate Litigation
D.C. Bar No. 257840


_____
Julie M. Wilson
Assistant Counsel
D.C. Bar No. 482946

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C. 20006
(202) 572-5500

Counsel for Plaintiff

5

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington DC 20006

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, NW
Washington DC 20006
202-572-5500

## DEFENDANTS

DEPARTMENT OF HOMELAND SECURITY, U.S.CUSTOMS AND BORDER PROTECTION
FREEDOM OF INFORMATION OFFICE
1300 Pennsylvania Avenue, NW
Washington DC 20229

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV01812

JUDGE: James Robertson

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/19/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ◉ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 U.S.C. § 552, Freedom of Information Act

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 10-19-2006   SIGNATURE OF ATTORNEY OF RECORD  Gregory O'Duden  by /s/

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

JTC