AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION
FREEDOM OF INFORMATION OFFICE
1300 Pennsylvania Avenue, NW
Washington, DC 20229

CASE NUMBER   1:06CV01812

JUDGE: James Robertson

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/19/2006

TO: (Name and address of Defendant)

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory O'Duden
General Counsel
National Treasury Employees Union
1750 H Street, N.W.,
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                OCT 19 2006
CLERK                                      DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/30/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Geri Khan | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail Return Receipt (Attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/06          *Geri Khan*
                Date                    Signature of Server

NTEU
1750 H Street, N.W., Washington, DC 20006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Return Receipt 1**

- SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Freedom of Information Act Office
   United States Customs and Border Protection
   1300 Pennsylvania Avenue, NW
   Washington, D.C. 20229

- A. Signature: X [CBP]
- B. Received by (Printed Name):
- C. Date of Delivery: 10/31/06
- D. Is delivery address different from item 1? ☐ Yes  ☐ No
- 3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0001 8010 7162

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Return Receipt 2**

1. Article Addressed to:

   United States Attorney's Office
   555 4th Street, NW
   Washington, DC 20530

- A. Signature: X
- B. Received by (Printed Name):
- C. Date of Delivery: OCT 30 2006
- 3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

2. Article Number: 7003 2260 0001 8010 7179

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**Return Receipt 3**

1. Article Addressed to:

   Albert R. Gonzales
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

- A. Signature: X
- B. Received by (Printed Name):
- C. Date of Delivery:
- 3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

2. Article Number: 7003 2260 0001 8010 7186

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15