**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL TREASURY<br>   EMPLOYEES UNION<br>1750 H Street, N.W.,<br>Washington, D.C. 20006<br><br>                Plaintiff,<br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>   UNITED STATES CUSTOMS &<br>   BORDER PROTECTION FREEDOM<br>   OF INFORMATION OFFICE<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20229<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  06-1812 (JR) |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____

MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

>GREGORY O'DUDEN
>General Counsel
>National Treasury Employees Union
>1750 H Street, N.W.
>Washington, D.C.  20006

on this   21st   day of December, 2006.

>_____
>MEGAN L. ROSE
>Assistant United States Attorney
>Judiciary Center Building - Civil Division
>555 4th Street, NW
>Washington, D.C. 20530