UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY <br>   EMPLOYEES UNION <br> 1750 H Street, N.W., <br> Washington, D.C. 20006 <br> <br>               Plaintiff, <br>   v. <br> <br> DEPARTMENT OF HOMELAND SECURITY <br>   UNITED STATES CUSTOMS & <br>   BORDER PROTECTION FREEDOM <br>   OF INFORMATION OFFICE <br> 1300 Pennsylvania Avenue, N.W. <br> Washington, D.C.  20229 <br> <br>               Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  06-1812 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant United States Department of Homeland Security, by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended thirty days, specifically until January 26, 2007.  This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered.  Plaintiff, through counsel, has graciously consented to the requested relief.  The grounds for this motion are set forth below.

The additional time requested is needed to obtain critical information about the circumstances of this case.  Plaintiff brought the instant action seeking records pursuant to the FOIA.  See Compl.[1]  Counsel for Defendant has reviewed the complaint and is currently attempting

---

[1] Although the Court's electronic filing system indicates that Defendant was served on October 30, 2006, to date the U.S. Attorney's Office's records do not reflect that that service has

to determine what actions have been taken with respect to Plaintiff's requests.  Once Defendant obtains the necessary information, counsel for Defendant can then consult with agency counsel and better address the relevant issues.  Additional time will allow for the coordination between counsel for Defendant and agency counsel and allow for the preparation of Defendant's response to the Complaint.  Furthermore, the time requested takes into account the holiday season and any accompanying difficulties resulting from various individual's leave schedules.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to January 26, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        /s/_____
        MEGAN L. ROSE, N.C. Bar # 28639
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 514-7220

---

been perfected as to it.  Regardless, counsel for Plaintiff emailed the complaint and attachments to the U.S. Attorney's Office on November 27, 2006, and the U.S. Attorney's Office entered the case in its system at that time.

## CERTIFICATE OF SERVICE

I certify that the foregoing **Consent Motion For Enlargement of Time** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

>GREGORY O'DUDEN
>General Counsel
>National Treasury Employees Union
>1750 H Street, N.W.
>Washington, D.C.   20006

on this   21st   day of December, 2006.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY ) <br>   EMPLOYEES UNION ) <br> 1750 H Street, N.W., ) <br> Washington, D.C. 20006 ) <br> ) <br>                  Plaintiff, ) <br>     v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY ) <br>   UNITED STATES CUSTOMS & ) <br>   BORDER PROTECTION FREEDOM ) <br>   OF INFORMATION OFFICE ) <br> 1300 Pennsylvania Avenue, N.W. ) <br> Washington, D.C.  20229 ) <br> ) <br>                  Defendant. ) <br> _____ ) | Civil Action No.  06-1812 (JR) |

**ORDER**

UPON CONSIDERATION of the defendant's consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including January 26, 2007 to answer or otherwise respond to the complaint.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE