UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY <br>   EMPLOYEES UNION <br> 1750 H Street, N.W., <br> Washington, D.C. 20006 <br><br>             Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY <br>   UNITED STATES CUSTOMS & <br>   BORDER PROTECTION FREEDOM <br>   OF INFORMATION OFFICE <br> 1300 Pennsylvania Avenue, N.W. <br> Washington, D.C.  20229 <br><br>             Defendant. | Civil Action No.  06-1812 (JR) |

**DEFENDANT'S UNNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant United States Department of Homeland Security, by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended approximately forty-five days, specifically from January 26 until March 15, 2007.  This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered.  Plaintiff, through counsel, stated that they did not oppose the instant motion.

The additional time is requested in order for Defendant to process Plaintiff's FOIA requests and provide critical information about this case to the undersigned.  Although counsel for Defendant has reviewed the complaint and is currently attempting to determine what actions have been taken with respect to Plaintiff's requests, counsel has been unable to obtain all of the necessary information, and does not anticipate receiving such information, in time to prepare Defendant's

response by the current deadline. Once counsel for Defendant obtains the necessary information from the agency, counsel for Defendant can then address the relevant issues in this case. Additional time will allow for the coordination between counsel for Defendant and agency counsel and allow for the preparation of Defendant's response to the Complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to March 15, 2007.

Respectfully submitted,

Dated: January 25, 2007                     Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7220
megan.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

>GREGORY O'DUDEN
>General Counsel
>National Treasury Employees Union
>1750 H Street, N.W.
>Washington, D.C.   20006

on this   25th   day of January, 2007.

>_____
>MEGAN L. ROSE
>Assistant United States Attorney
>Judiciary Center Building - Civil Division
>555 4th Street, NW
>Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY ) <br>   EMPLOYEES UNION ) <br> 1750 H Street, N.W., ) <br> Washington, D.C. 20006 ) <br> ) <br>               Plaintiff, ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY ) <br>   UNITED STATES CUSTOMS & ) <br>   BORDER PROTECTION FREEDOM ) <br>   OF INFORMATION OFFICE ) <br> 1300 Pennsylvania Avenue, N.W. ) <br> Washington, D.C.   20229 ) <br> ) <br>              Defendant. ) <br> _____ ) | Civil Action No.  06-1812 (JR) |

**ORDER**

UPON CONSIDERATION of the defendant's unopposed motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including March 15, 2007 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE