**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL TREASURY | ) | |
|   EMPLOYEES UNION | ) | |
| 1750 H Street, N.W., | ) | |
| Washington, D.C. 20006 | ) | |
| | ) | |
|           Plaintiff, | ) | |
|     v. | ) | Civil Action No.  06-1812 (JR) |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY | ) | |
|   UNITED STATES CUSTOMS & | ) | |
|   BORDER PROTECTION FREEDOM | ) | |
|   OF INFORMATION OFFICE | ) | |
| 1300 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C.   20229 | ) | |
| | ) | |
|           Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant United States Department of Homeland Security, by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended approximately thirty days, specifically from March 15 to April 16, 2007.  This is Defendant's third request for an enlargement of time in this case, and no scheduling order has been entered.  Pursuant to Local Rule 7(m), counsel for Defendant conferred with counsel for Plaintiff, who stated that Plaintiff would not oppose a one-week extension.  However, counsel for Plaintiff stated that it would not consent to a longer extension at this time and would prefer to evaluate the progress of the case in one week.

The additional time is requested in order for the parties to attempt to resolve and/or narrow any remaining issues in this FOIA case.  Counsel for Defendant has worked diligently with agency

counsel in order to obtain critical information about the processing of Plaintiff's FOIA requests.

Defendant is providing responsive documents to Plaintiff concerning two out of its four requests.

The parties have discussed how to proceed with one of Plaintiff's requests, but additional time is

needed for the parties to communicate about the scope of that request and any possible fee issues.

Once the relevant issues in this case have been narrowed, Defendant will then be able to proceed

with responding to Plaintiff's requests in an appropriate manner.  Moreover, depending upon the

outcome of the parties' discussions, Defendant may need additional time for processing requested

information.  Following the parties' attempts to resolve this matter on their own, counsel for

Defendant may need additional time to formulate Defendant's response to Plaintiff's complaint.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing

Defendant some additional time to formulate their response will aid both the parties and the Court

in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

answering or otherwise responding to Plaintiff's Complaint be extended to April 16, 2007.

Dated: March 15, 2007                          Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7220
megan.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff

pursuant to the Court's electronic filing system, addressed to:

> GREGORY O'DUDEN
> General Counsel
> National Treasury Employees Union
> 1750 H Street, N.W.
> Washington, D.C.   20006

on this   15th   day of March, 2007.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530