**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1812 (JR) |
| DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION FREEDOM OF INFORMATION OFFICE, | : |
| Defendant. | : |

### ORDER

Defendant's third request for an extension of its time to answer is **denied**. Defendant may have only until March 30, 2007, to answer, move, or otherwise plead.

JAMES ROBERTSON
United States District Judge