## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY <br>   EMPLOYEES UNION <br> 1750 H Street, N.W., <br> Washington, D.C. 20006 <br> <br>               Plaintiff, <br> v. <br> <br> DEPARTMENT OF HOMELAND SECURITY <br>   UNITED STATES CUSTOMS & <br>   BORDER PROTECTION FREEDOM <br>   OF INFORMATION OFFICE <br> 1300 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20229 <br> <br>               Defendant. | Civil Action No. 06-1812 (JR) |

## **DEFENDANT'S ANSWER**

Defendant United States Department of Homeland Security, by and through undersigned counsel, hereby answers the allegations in Plaintiff's Complaint as follows:[1]

### FIRST DEFENSE

The Complaint contains certain claims upon which relief may not be granted.

### SECOND DEFENSE

This Court lacks subject matter jurisdiction over certain claims in the Complaint.

### THIRD DEFENSE

Defendant reserves the right to amend its Answer and to assert any other matter that

---

[1] By Order of March 20, 2007, the Court ordered that Defendant answer, move, or otherwise plead by March 30, 2007. Defendant notes, however, that since the Court's Order, and since this FOIA action was filed by Plaintiff, the parties have made significant progress in resolving many of Plaintiff's claims. The parties are continuing to work toward resolving and/or narrowing any remaining issues and intend to submit a status report to the Court within the next two weeks concerning the progress that has been made.

constitutes an avoidance or affirmative defense under Fed. R. Civ. P. 8(c) should future events in this FOIA action so warrant.

## FOURTH DEFENSE

Defendant denies each and every allegation in the Complaint except as may be expressly and specifically admitted. Defendant responds to the separately numbered paragraphs and prayers for relief as follows:

### JURISDICTION AND VENUE

1. This paragraph contains a jurisdictional allegation to which no response is required.

2. This paragraph contains a statement of venue to which no response is required.

### PARTIES

3. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

4. Admits that United States Customs and Border Protection ("CBP") is a component of the Department of Homeland Security. Denies the second sentence except to admit that on March 15, 2007, Defendant released to Plaintiff information responsive to two out of four items in Plaintiff's FOIA request.

5. Admits.

6. Admits.

7. Denies, except to admit that Plaintiff filed an appeal with CBP.

8. Admits.

9. Admits the first sentence. Denies the second sentence.

10. This paragraph contains Plaintiff's conclusions of law, not allegations of fact, to which

no response is required. To the extent a response is deemed required, denies.

## CAUSE OF ACTION

11. Defendant reasserts and incorporates herein its responses to the allegations set forth in paragraphs 1 through 10.

12. This paragraph contains Plaintiff's conclusions of law, not allegations of fact, to which no response is required. To the extent a response is deemed required, denies.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiff's request for relief to which no response is required. To the extent that a response is deemed necessary, Defendant denies the allegations and denies that Plaintiff is entitled to any relief whatsoever.

Defendant denies each and every allegation of the Complaint not specifically and expressly admitted herein.

WHEREFORE, having fully answered, Defendant respectfully requests that this action be dismissed and that the Court grant such other relief as it deems appropriate. Defendant will file within two weeks a status report apprising the Court of the progress made on the issues remaining in this case.

Dated: March 30, 2007					Respectfully submitted,

						 /s/
						JEFFREY A. TAYLOR, D.C. BAR # 498610
						United States Attorney

						 /s/
						RUDOLPH CONTRERAS, D.C. BAR # 434122
						Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7220
megan.rose@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing **Answer** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

>GREGORY O'DUDEN
>General Counsel
>National Treasury Employees Union
>1750 H Street, N.W.
>Washington, D.C.  20006

on this   30th   day of March, 2007.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530