IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
NATIONAL TREASURY EMPLOYEES UNION )
                                  )
            Plaintiff,            )
                                  )
     v.                           ) Civ. Action No. 06-1812 (JR)
                                  )
DEPARTMENT OF HOMELAND SECURITY   )
U.S.CUSTOMS AND BORDER PROTECTION )
FREEDOM OF INFORMATION OFFICE     )
                                  )
            Defendant.            )
_____)
```

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, National Treasury Employees Union (NTEU), by its undersigned counsel, respectfully requests an extension of time until June 14, 2007, in which to file an opposition memorandum or other response to the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment. In support of this motion, plaintiff states as follows:

1.  On May 4, 2007, Defendant United States Department of Homeland Security (DHS), United States Customs and Border Protection (CBP), filed a Motion to Dismiss, or in the Alternative, for Summary Judgment.

2.  Pursuant to Local Rule No. 7, NTEU's memorandum in opposition to the motion or other response is due May 15, 2007.

3.  Counsel for NTEU has contacted CBP's counsel about the possibility of resolving this matter without further briefing by the parties. Counsel for the parties do not believe, however,

that they can fully explore this possibility before plaintiff's May 15 deadline.

4. Counsel for NTEU is authorized to state that counsel for CBP does not oppose this request for an extension of time.

**WHEREFORE** for the reasons stated above, Defendant NTEU respectfully requests that the Court grant an extension of 30 days, or until June 14, 2007, in which to file its answer or other responsive pleading.

Respectfully submitted,

_____
Gregory O'Duden
General Counsel
D.C. Bar No. 254862


_____
Elaine Kaplan
Senior Deputy General Counsel
D.C. Bar No. 292441


_____
L. Pat Wynns
Associate General Counsel for
  Appellate Litigation
D.C. Bar No. 257840

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C. 20006
(202) 572-5500

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 06-1812 (JR) |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
| U.S.CUSTOMS AND BORDER PROTECTION ) | |
| FREEDOM OF INFORMATION OFFICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Plaintiff National Treasury Employees Union's Motion for an Extension of Time to File an opposition memorandum or other response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, it is hereby

ORDERED that the Motion be granted and that the time for Defendant National Treasury Employees Union to file an opposition memorandum or other response is extended until June 14, 2007.

_____
United States District Judge

Date: _____