IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION )
)
Plaintiff, )
)
v. ) Civ. Action No. 06-1812 (JR)
)
DEPARTMENT OF HOMELAND SECURITY )
U.S. CUSTOMS AND BORDER PROTECTION )
FREEDOM OF INFORMATION OFFICE )
)
Defendant. )

## STIPULATION OF DISMISSAL

Plaintiff National Treasury Employees Union and Defendant Department of Homeland Security, U.S. Customs and Border Protection Freedom Of Information Office hereby stipulate pursuant to Fed. Rule Civ. P. 41 (a) (1) (ii) to dismiss the above-captioned case with each side to bear its own costs and attorney fees.


Gregory O'Duden
General Counsel
D.C. Bar No. 254862
National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C. 20006
(202) 572-5500
Counsel for Plaintiff

Megan L. Rose
Assistant U.S. Attorney
D.C. Bar No. 28639
Judiciary Center Bldg.
554 4th St., N.W.
Washington, D.C. 20530
(202) 514-7220
Counsel for Defendant